**FILED**



2:29 pm, 3/18/26

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | | **Margaret Botkins** |
| Plaintiff, | No.   26-CR-36-ABJ | **Clerk of Court** |
| v. | **21 U.S.C. §§ 841(a)(1), (b)(1)(B) & (b)(1)(C)** | |
| **MATTHEW MILLER, JR.,** | (Possession with Intent to Distribute Methamphetamine and Cocaine) | |
| Defendant. | | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about December 28, 2025, in the District of Wyoming, the Defendant, **MATTHEW MILLER, JR.**, did knowingly, intentionally, and unlawfully possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and possessed a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), & (b)(1)(C).

A TRUE BILL:

_Ink Signature on File_____
FOREPERSON

DARIN D. SMITH
United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:**  MATTHEW MILLER, JR.

**DATE:**  March 17, 2026

**INTERPRETER NEEDED:**  No

**VICTIM(S):**  No

**OFFENSE/PENALTIES:**  **21 U.S.C. §§ 841(a)(1), (b)(1)(B), (b)(1)(C)**
(Possession with Intent to Distribute Methamphetamine and Cocaine)

5-40 Years Imprisonment
Up To $5,000,000 Fine
Nlt 4 Years To Life Supervised Release
$100 Special Assessment

**AGENT:**  Matthew S. Freeman, DEA

**AUSA:**  Brandon J. Rosty, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:**  1 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:**  Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:**  No

1